Case 2:21-cv-00168   Document 33   Filed on 01/11/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LISA ROSS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00168 |
| NAVYARMY COMMUNITY CREDIT UNION, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Pursuant to the Court's order granting Defendant NavyArmy Community Credit Union's motion to dismiss (D.E. 32), the Court enters final judgment dismissing Plaintiff's amended complaint (D.E. 15). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
January 11, 2022